**Fill in this information to identify the case:**

Debtor 1    Megan Cole Mcgovern

Debtor 2    Phillip Charles Abendroth
(Spouse, if filing)

United States Bankruptcy Court for the:  District of Delaware
(State)

Case number  17-10044-BLS

---

## Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans Inc.

**Last 4 digits** of any number you use to identify the debtor's account:   4988

**Court claim no.** (if known):  3

**Date of payment change:**
Must be at least 21 days after date of this notice   02/01/2019

**New total payment:**    $ 1,395.95
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:**    $ _____    **New escrow payment:**    $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate**    _____%    **New interest rate:**    _____%

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes.    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
   Reason for change: _____

   **Current mortgage payment:**    $ 1,398.79    **New mortgage payment:**    $ 1,395.95

---

Debtor 1   <u>Megan                  Cole              Mcgovern</u>                                  Case number (*if known*) <u>17-10044-BLS</u>
           First Name        Middle Name      Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

<u>/s/Lisa Hatfield</u>                                                                      Date <u>January 11, 2019</u>
Signature

Print:      <u>Lisa Hatfield, Bar ID# 4967</u>                               Title: <u>Attorney for Creditor</u>
            First Name        Middle Name      Last Name

Company     <u>Stern & Eisenberg Mid Atlantic PC</u>

Address     <u>500 Creek View Road Suite 304</u>
            Number              Street

            <u>Newark, DE 19711</u>
            City                              State      ZIP Code

Contact phone <u>(302) 731-7200</u>        Email   <u>lhatfield@sterneisenberg.com</u>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING NOTICE OF PAYMENT CHANGE WAS SERVED ELECTRONICALLY THROUGH THE COURT'S ECF SYSTEM AT THE E-MAIL ADDRESS REGISTERED WITH THE COURT ON THIS DATE TO THE FOLLOWING:

DATE:    January 11, 2019

| | |
|---|---|
| Mark M. Billion<br>922 New Road<br>2nd Floor<br>Wilmington, DE 19805<br>markbillion@billionlaw.com<br>**Counsel for Debtor** | Michael B. Joseph<br>824 Market Street<br>PO Box 1351<br>Wilmington, DE 19899-1351<br>MJoseph@ch13de.com<br>**Bankruptcy Trustee** |

U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
USTPREGION03.WL.ECF@USDOJ.GOV
**US Trustee**


and by standard first class mail postage prepaid to:

Megan Cole Mcgovern
13 Rockrose Drive
Newark, DE 19711
Phillip Charles Abendroth
13 Rockrose Drive
Newark, DE 19711
**Debtor(s)**


                                          Respectfully submitted:
By:    /s/ Lisa Hatfield, Esquire
                    Lisa Hatfield, Bar No: 4967
                    Stern & Eisenberg Mid Atlantic PC
                    500 Creek View Road Suite 304
                    Newark, DE 19711
                    lhatfield@sterneisenberg.com
                    Phone: (302) 731-7200
                    Fax: (302) 731-7211
                    Counsel for Movant


Engineered to **Amaze**

1050 Woodward Avenue | Detroit, MI 48226

## PMI/MIP Change Confirmation

### Loan Information

Loan Number: ▮▮▮▮▮▮▮▮
Property Address: 13 ROCKROSE DR
NEWARK DE 19711
Notice Date: 1/03/2019

MEGAN C MCGOVERN
PHILLIP C ABENDROTH
13 ROCKROSE DR
NEWARK DE 19711

Hi, Megan & Phillip,

As of February 1, 2019, the private mortgage insurance (PMI) / mortgage insurance premium (MIP) is scheduled to decline. When PMI/MIP declines, the monthly mortgage payment amount is reduced.

### Monthly Mortgage Payment

| | |
|---|---|
| Before PMI/MIP decline: | $1,398.79 |
| After PMI/MIP decline: | $1,395.95 |

If you have any questions or concerns, don't forget that we're here to help. You can contact us at (800) 508-0944, Monday – Friday, 8:30 a.m. – 9:00 p.m. ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET. You can also reach us at Help@QuickenLoans.com.

Sincerely,

Your Quicken Loans Team

This communication is from a debt collector and is an attempt to collect a debt.
If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.
If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must send it to the following address:
Quicken Loans Inc.
P.O. Box 442359
Detroit, MI 48244-2359
Fax: (877) 382-3138

### Questions? Contact Your Quicken Loans Team.

Phone: (800) 508-0944
Email: Help@QuickenLoans.com
Secure Fax: (877) 380-5084

Hours: Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET